IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE


LA'NITA D. SYKES                          )
                                          )
v.                                        )          NO.  3:05-0658
                                          )          JUDGE CAMPBELL
FIRST SOUTH UTILITY                       )
CONSTRUCTION, INC., ET AL.                )

ORDER

Pending before the Court is Defendant Star Construction, LLC's Motion for Summary

Judgment (Docket No. 33).  Also pending before the Court is Plaintiff's Motion for Review of

the Magistrate Judge's Order Denying Plaintiff's Motion to Amend Her Complaint (Docket No.

43).

For the reasons stated in the accompanying Memorandum, Defendant Star Construction,

LLC's Motion for Summary Judgment (Docket No. 33) is GRANTED in part and DENIED in

part.  Plaintiff's Motion for Review of the Magistrate Judge's Order (Docket No. 43) is

GRANTED, and Plaintiff is given leave to amend her Complaint to add additional factual

allegations relating to her retaliation claim against Defendant Star Construction, LLC discovered

prior to the discovery deadline.

This case is referred to the Magistrate Judge to determine whether an amended

scheduling order, including new trial date, is necessary in light of the Court's decision.

The case currently remains set for a pretrial conference on December 11, 2006 at 1:00

p.m. and a trial on December 19, 2006 at 9:00 a.m.

IT IS SO ORDERED.

_____

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

2