UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


LA'NITA D. SYKES                )
                                )          No. 3:05-0658
        Plaintiff,              )          Judge Campbell/Brown
v.                              )
                                )
STAR CONSTRUCTION, LLC,         )
a subsidiary                    )
of DYCOM INDUSTRIES, INC.       )
                                )
        Defendant.              )


## ORDER

This Order is in response to Defendant's Motion to Quash Notice of Deposition to Gerold Earlwyne (Docket Entry 73). The Magistrate Judge has reviewed both Defendant's Motion to Quash as well as Plaintiff's Memorandum in Opposition (Docket Entry 74). Under the circumstances described by both parties and in light of the discretionary nature of Fed. R. Civ. P. 30, one additional deposition is not unreasonable at this time. Therefore, Defendant's Motion to Quash is DENIED.

In the future, the Magistrate Judge requests that the parties schedule a telephone conference with the Magistrate Judge prior to filing any motions regarding discovery disputes.

It is so ORDERED.


_____/s/_____
JOE B. BROWN
United States Magistrate Judge